William MARROW–EL, Plaintiff–Appellant,

v.

CORRECTIONAL MEDICAL SERVICES, INC.; John Doe, M.D. Physician; John Doe, M.D.; John Doe, M.D. Supervisor/Physician; John Doe, M.D. Physician Assistant; Moss, M.D. Physician; John Doe, Health Administrator/Supervisor, Defendants–Appellees.

No. 12–7375.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 27, 2012.

William Marrow–El, Appellant Pro Se. Philip Melton Andrews, Mary Elizabeth Smith, Karmon & Graham, PA, Baltimore, Maryland, for Appellees.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Marrow–El appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Marrow–El v. Corr. Med. Servs.*, No. 1:11–cv–00221–JFM (D. Md. Nov. 16, 2011 & Aug. 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*